### POTTER vs. HOLMES.

It is enough that the name of *one* of the clerks of this court be subscribed to process, and that whether such clerk reside at the place where the process is *tested* or not.

In this case it was urged that the name of the *clerk* of this court, resident at the place where process was *tested*, ought to be subscribed to it, or that it was defective.

*By the Court*, NELSON, J. The process is good, if the name of one of the clerks of this court be subscribed to it, whether he does or does not reside at the place where the process purports to be tested. Each has the right to sign process.

### SICKLES vs. FORT.

*Referees* may require the payment of costs as a condition to the postponement of a hearing.

THE question here was, whether *referees* may impose the payment of costs as a condition to granting the postponement of a hearing.

*By the Court*, NELSON, J. For good cause shown, the referees have power to postpone a hearing. 2 R. S. 384, § 43. The postponement being submitted to their discretion, they may impose such terms as are usually imposed by courts upon putting off trials.